# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| ANDRE M. INGRAM | Case No. 2:18-cv-01939-GMN-CWH |
| Plaintiffs, | |
| v. | **ORDER** |
| CLARK COUNTY SCHOOL DISTRICT, et al., | |
| Defendants. | |

Pro se plaintiff Andre M. Ingram commenced this case by filing an application to proceed *in forma pauperis* and a proposed complaint. (IFP Application (ECF No. 2); Compl. (ECF No. 2-1).) The court denied Mr. Ingram's application to proceed *in forma pauperis*. (Order (ECF No. 6).) Mr. Ingram subsequently paid the $400 filing fee. (Receipt of Payment (ECF No. 6).) Given that Mr. Ingram is not proceeding *in forma pauperis*, the court is not required to screen his complaint under 28 U.S.C. § 1915(e)(2). The court therefore will not enter a screening order in this case. This case shall proceed on the normal litigation track as governed by the Federal Rules of Civil Procedure.

IT IS SO ORDERED.

DATED: December 3, 2018

C.W. HOFFMAN, JR.
UNITED STATES MAGISTRATE JUDGE