# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

***

| | |
|---|---|
| ANDRE M. INGRAM,<br><br>        Plaintiff,<br><br>vs.<br><br>CLARK COUNTY SCHOOL DISTRICT, *et al.*,<br><br>        Defendants. | 2:18-cv-01939-GMN-CWH<br><br>**ORDER** |

Before the court is the Motion to Excuse Individual Defendants from ENE Conference (ECF NO. 26).

Accordingly,

IT IS HEREBY ORDERED that any opposition must be filed on or before January 17, 2019.

DATED this 11th day of January, 2019.

                                                                                                                            _____

                                                                                                                            CAM FERENBACH<br>
                                                                                                                            UNITED STATES MAGISTRATE JUDGE